```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| RUSH CREEK CONSTRUCTION, INC., A Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3056 |
| v. | ) ) | |
| HOME FEDERAL SAVINGS BANK and AGSTAR FINANCIAL SERVICES, PCA, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The joint motion of the parties, filing no. 13, is granted and the deadline for filing the parties' Rule 26 planning report is extended to June 11, 2009.

DATED this 15th day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge